James W. Farrell, Respondent, v. Frank C. Rose and Others, Appellants.— Judgment as against the defendants The City of New York and Henry Bruckner, as president, etc., reversed, with costs, and complaint dismissed, with costs. Judgment as against the defendants Rose affirmed, with costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents from affirmance as to defendants Rose.

Jacob Skolnick, as Administrator, etc., of Harold Skolnick, Deceased, Respondent, v. Consumers Dairy Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Isadore Apfel and Another, Copartners, etc., Respondents, v. Chen Young and Another, Appellants.— Determination appealed from and order of the Municipal Court reversed, with ten dollars costs and disbursements to the appellants in this court and in the Appellate Term, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Michael Segalas, as Administrator, etc., of Joseph Segalas, Deceased, Respondent, v. Standard Dairy Company, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $6,009.42; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Pearl Kitay, an Infant, etc., by David Kitay, Her Guardian ad Litem, Respondent, v. The Liquid Carbonic Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

David Kitay, Respondent, v. The Liquid Carbonic Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Lewis H. May Co., Inc., Respondent, v. Sol Mangel, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Dora Mueller, Appellant, v. Walter C. Louchheim and Others, Respondents. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Jacob Hanauer, Doing Business, etc., Appellant, v. National Surety Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Harry Campbell Eastman, Respondent, v. George L. Courthope, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Gertrude Lewis, Respondent, v. Anross Realty Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.